377 A.2d 990

Commonwealth v. White, Appellant.

Argued June 20, 1977. Donald W. Miles, Assistant Public Defender, for appellant; Salvador J. Salazar, Assistant District Attorney, and John E. Gallagher, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

.

377 A.2d 990

Commonwealth v. Williams, Appellant.

Argued June 21, 1977. George B. Ditter, Assistant Public Defender, with him Calvin S. Drayer, Jr., Assistant Public Defender, for appellant; James A. Cunningham, Assistant District Attorney, with him William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.